Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| K-POWER GLOBAL LOGISTICS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>POOF-ALEX HOLDINGS, LLC, *et al.*,<br><br>Defendants. | Civil No. 2:20-cv-3432 (ES) (MAH)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

This matter comes before the Court on the motion (D.E. No. 24) of plaintiffs K-Power Global Logistics, LLC and Power Express, Inc. ("Plaintiffs") for default judgment against defendants Poof-Alex Holdings, LLC ("Alex Brands"); Alex Toys, LLC; Poof-Slinky, LLC; Zoob Corporation; Poof-Slinky Fundex, LLC; Citiblocs Holdings, LLC; Poof Summit Holdings, LLC; Shrinky-Dinks Holdings, LLC; Alex Brands Rocket Holdings Limited; and Propel Management Holdings, LLC. For the reasons set forth in the Court's accompanying Opinion,

**IT IS** on this 30th day of April 2021,

**ORDERED** that Plaintiffs' motion for default judgment (D.E. No. 24) is **DENIED without prejudice**; and it is further

**ORDERED** that Plaintiffs' have fourteen days after entry of this Order to indicate whether they will amend their Complaint to add claims against the parties against whom default judgment is improper or whether they will drop those parties and request an entry of default judgment against Alex Brands pursuant to Fed. R. Civ. P. 54(b).

*/s/Esther Salas*
**Esther Salas, U.S.D.J.**